

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00419-CV

IN RE J.W.

§ Original Proceeding

§ On Appeal from the 158th District Court

§ of Denton County (15-02463-16)

§ May 23, 2019

§ Opinion by Justice Kerr

## JUDGMENT

This court conditionally grants relator's mandamus petition. We direct the trial court to vacate its August 27, 2018 order designating school attendance and the section of its November 28, 2018 temporary orders entitled "Children's School." The writ will issue only in the unlikely event that the trial court fails to comply with our directive.

We order relator and real party in interest to each pay one-half of the costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr